WO

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

United States of America,

      Plaintiff,

v.

Roberto Eduardo Gonzalez and Michael Anthony Garcia,

      Defendants.

**NO. 16-01658MJ**

**MATERIAL WITNESS ORDER OF DETENTION**

      Defendant, Roberto Eduardo Gonzalez and Michael Anthony Garcia, having been charged in the District of Arizona with a violation of Count One of Title 8 United States Code Section1324(a)(1)(A)(v)(I) Conspiracy to Transport Illegal Aliens within the United States and the Magistrate Judge having determined from the affidavit of the Department of Homeland Security Customs and Border Protection filed in this case, the following persons can provide testimony that is material to the offense(s) alleged in the complaint:

Alejandro Antonio-Gonzalez

Jose Jesus Concepcion Navarro-Arzola

      The Magistrate Judge finds that it may become impracticable to secure the presence of the witness(es) by subpoena in further proceedings because they are not in the United States legally and have no legal residence or employment in this Country.

      IT IS ORDERED that the witness(es) shall be detained pursuant to 18 USC § 3144 in a corrections facility separate, to the extent practicable, from persons awaiting or

serving sentences or being held in custody pending appeal.   The witness(es) shall be afforded a reasonable opportunity for private consultation with counsel.

Dated this 25th day of August, 2016.


Honorable James F. Metcalf
United States Magistrate Judge